# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 19, 2015

*Before*

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| No. 15-3233 | LEFT FIELD MEDIA LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO and<br>ELIAS VOULGARIS,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-03115<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The following are before the court:

1. **PLAINTIFF-APPELLANT LEFT FIELD MEDIA'S MOTION FOR AN INJUNCTION PENDING APPEAL**, filed on October 13, 2015, by counsel for the appellant.

2. **RESPONSE IN OPPOSITION TO MOTION FOR AN INJUNCTION PENDING APPEAL**, filed on October 15, 2015, by counsel for the appellees.

Page 2                                                                 No. 15-3233

Appellant Left Field Media LLC publishes a magazine called *Chicago Baseball*, and the appellant's vendors sell the magazine in the area around Wrigley Field during Chicago Cubs home games. Left Field has filed a motion asking this court to enjoin the City of Chicago from enforcing two ordinances against Left Field and its vendors pending the resolution of the appeal. The two ordinances in question are (1) Chicago Municipal Code § 4-244-030, which provides that a person must obtain a license from the City in order to engage in the business of peddling and (2) Chicago Municipal Code § 4-244-140(b), which prohibits peddling "on the sidewalk immediately adjacent to Wrigley Field."

In its response to Left Field's motion, the City of Chicago states that "without conceding in any way that Left Field's claims have merit, the City represents that it will not enforce [the peddling licensing ordinance, §4-244-030,] against Left Field pending this appeal." Accordingly,

**IT IS ORDERED** that the appellant's motion is **DENIED** as unnecessary to the extent that it asks this court to enjoin the appellees from enforcing the licensing ordinance, Chicago Municipal Code § 4-244-030, pending appeal.

As to the remainder of the appellant's motion, we conclude that the appellant has established that an injunction pending appeal is warranted. Therefore,

**IT IS FURTHER ORDERED** that the appellant's motion is **GRANTED** to the extent that the appellees are enjoined from enforcing Chicago Municipal Code § 4-244-140(b) against Left Field and its vendors pending the resolution of this appeal.

form name: **c7_Order_3J**(form ID: **177**)